Acknowledgment – Sentencing Options and Supervision Conditions

# UNITED STATES DISTRICT COURT
## District of New Hampshire

UNITED STATES OF AMERICA

v.                                    **ACKNOWLEDGMENT**

Timothy Adjutant                      Case Number: 1:19CR00090-1-SM
Defendant

I, <u>Timothy Adjutant</u>, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date:    _____    8-26-20
         Defendant

         _____    8/27/2020
         Defense Counsel

cc: Defendant
    U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Defense Counsel

USDCNH-103 (10-14)