PROB 12C
(Rev. 8/18)

# UNITED STATES DISTRICT COURT
for the
**District of New Hampshire**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Timothy Adjutant                                              Case Number:   19-CR-90-1-SM

Name of Sentencing Judicial Officer:   Honorable Steven J. McAuliffe

Date of Original Sentence:   September 9, 2020

Original Offense:   Distribution of Buprenorphine Near a School

Original Sentence:   21 months imprisonment, followed by 4 years of supervised release

Revocation:              N/A

Type of Supervision:   Supervised release               Date Supervision Commenced:   October 21, 2020

Assistant U.S. Attorney:   John S. Davis               Defense Attorney:   Robert S. Carey

---

**PETITIONING THE COURT**

☒ To issue a warrant
☐ To issue a summons
☐ Other:

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition:** <u>You must not commit another federal, state or local crime</u>. On or about December 22, 2020, in Somersworth, NH, the defendant did commit the offense of Convicted Felon in Possession of a Firearm, in violation of 18 U.S.C. § 924(g)(1) and NH RSA 159:3, when he knowingly possessed a Raven Arms Model MP-25 handgun Serial #1169104 after having been convicted of the instant offenses in this Court.<br><br>Evidence in support of this charge includes an affidavit by a sergeant with the Somersworth (NH) Police Department and a criminal complaint filed in the Strafford County (NH) Superior Court. |
| 1 | **Violation of Standard Condition:** <u>You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer</u>.  On or about December 22, 2020, in Somersworth, NH, and elsewhere, the defendant associated with Caitlin Fillion, a convicted felon, without the permission of the probation officer. |

Evidence in support of this charge includes a police report from the Somersworth Police Department outlining the defendant's contact with Fillion.

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for  years, for a total term of  years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted by,

/s/ *Scott M. Davidson*
Scott M. Davidson
U.S. Probation Officer
603-225-1430
Date:  December 23, 2020

Reviewed & Approved by:

/s/*Eric G. Gray*
Eric G. Gray
Supervisory U.S. Probation Officer
603-545-7617

---

THE COURT ORDERS:

☐ No action

☒ The issuance of a warrant.  Petition and issuance of the warrant to remain sealed pending arrest.

☐ The issuance of a summons.

☐ Other:

_____
Signature of Judicial Officer

_____12/23/2020_____
Date